NEW YORK CONNECTING RAILROAD COMPANY, Respondent, *v.*
QUEENS USED AUTO PARTS, INC., Appellant.

Argued January 3, 1949; decided January 13, 1949.

*Henry Amster* and *Milton Lipson* for appellant.

*Robert M. Peet* and *Edward R. Brumley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

In the Matter of GERTRUDE E. ERNST, Appellant, against BOARD OF APPEALS ON ZONING OF THE CITY OF NEW ROCHELLE, Respondent.

Argued January 4, 1949; decided January 13, 1949.